UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. John M. Davis, Jr                            Docket No. 7:98-CR-96-1BO

### Petition for Action on Supervised Release

COMES NOW Kristyn Super, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of John M. Davis, Jr., who upon an earlier plea of guilty to Credit Card Fraud - Aiding and Abetting, in violation of 18 U.S.C. § 1029(a)(2) and 2, was sentenced by the Honorable James C. Fox, Senior U.S. District Judge, on July 12, 1999, to the custody of the Bureau of Prisons for a term of 18 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

John M. Davis, Jr. was released from federal custody on May 26, 2000; however, remained incarcerated in Texas, having been convicted of Sexual Assault on August 3, 2000. Davis was released from state custody on or about April 18, 2018, at which time the term of supervised release commenced in the Northern District of Texas.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

In consideration of the sex offense conviction, the United States Probation Office for the Northern District of Texas has requested that the conditions of supervised release be modified to include the below specified conditions.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in sex offender treatment services as directed by the probation officer until successfully discharged. These services may include psycho-physiological testing to monitor the defendant's compliance, treatment progress, and risk to the community. The defendant shall contribute to the cost of services rendered (copayment) at a rate of at least $15.00 per month.

2. Without prior permission of the probation officer, the defendant shall have no contact with persons under the age of 18, including by correspondence, telephone, Internet, electronic communication, or through third parties. The defendant shall not have access to or loiter near school grounds, parks, arcades, playgrounds, amusement parks, or other places where children may frequently congregate. The defendant shall neither seek nor maintain employment or volunteer work at any location and/or activity where persons under the age of 18 congregate, without prior permission of the probation officer. Furthermore, the defendant shall not date or befriend anyone who has children under the age of 18, without prior permission of the probation officer.

John M. Davis, Jr.
Docket No. 7:98-CR-96-1BO
Petition For Action
Page 2

3. The defendant shall register with state and local law enforcement as directed by the probation officer in each jurisdiction where the defendant resides, is employed, and is a student. The defendant shall provide all information required in accordance with state registration guidelines. Initial registration shall be completed within 3 business days after sentencing/release from confinement. The defendant shall provide written verification of registration to the probation officer within 3 business days following registration. This registration shall be renewed as required by the defendant's assigned tier. The defendant shall, no later than 3 business days after each change of name, residence, employment, or student status, appear in person in at least one jurisdiction and inform that jurisdiction of all changes in the information required in the sex offender registry.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Robert L. Thornton
Robert L. Thornton
Supervising U.S. Probation Officer

/s/ Kristyn Super
Kristyn Super
U.S. Probation Officer
200 Williamsburg Pkwy, Unit 2
Jacksonville, NC 28546-6762
Phone: 910-346-5104
Executed On: July 24, 2018

## ORDER OF THE COURT

Considered and ordered this 24 day of July, 2018, and ordered filed and made a part of the records in the above case.

Terrence W. Boyle
U.S. District Judge